Joe Michelotti, appellee, v. H. W. Elmore & Company, appellant. Gen. No. 35,085.

Opinion filed February 8, 1933.
Deneen, Healy & Lee, for appellant; Harry W. Lippincott and Donald N. Schaffer, of counsel. Palmer & Marino, for appellee; Charles L. Mahony, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Amy Schaver, administratrix of the estate of Howard Schaver, deceased, plaintiff in error, v. Dr. Walter Rendtorff and Dr. Charles M. Fox, defendants in error. Gen. No. 35,639.

Opinion filed February 8, 1933. Rehearing denied February 20, 1933.
Guy C. Guerine, for plaintiff in error. Edward W. Rawlins and Francis X. Busch, for defendants in error.

Mr. Justice Hebel delivered the opinion of the court.

George W. Schwartz, appellant, v. Frances J. Patterson, appellee. Gen. No. 35,781.

Opinion filed February 8, 1933. Rehearing denied February 20, 1933.
Bennett & Colbach, for appellant; Herbert Bebb, of counsel. Eugene L. McGarry, for appellee; Scott M. Hogan, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Sam Brodsky, defendant in error, v. Albert Wechsler and Anna Wechsler, plaintiffs in error. Gen. No. 35,808.

Opinion filed February 8, 1933.
Shulman, Shulman & Abrams, for plaintiffs in error; Meyer Abrams, of counsel. Brenner, McBride & Ostberg, for defendant in error; Thomas G. McBride, of counsel.

Mr. Justice Hebel delivered the opinion of the court.